THE LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY COMPANY, Appellant, *v.* FRANK W. CRANDALL et al., Respondents.

*Lake Shore & M. S. Ry. Co.* v. *Crandall,* 160 App. Div. 915, affirmed.
(Argued February 27, 1914; decided March 17, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 23, 1913, which affirmed an order of Special Term confirming an award of commissioners in condemnation proceedings.

40

*Alfred L. Becker* for appellant.

*Arthur B. Ottaway* for respondents.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, HOGAN and MILLER, JJ. Dissenting: HISCOCK, J.